UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ROLAND BETTS,<br><br>                Petitioner,<br><br>         v.<br><br>RON GOODWIN, Warden, et al.,<br><br>                Respondents. | Case No. 2:22-cv-01597-RGK-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the first amended petition is denied and this action is dismissed with prejudice.

DATED: 1/7/2025

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE