1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10 | MATTHEW ROLAND BETTS, | Case No. 2:22-cv-01597-RGK-SSC

11 | Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

12 | v.

13 | RON GOODWIN, Warden, et al.,

14 | Respondents.

15
16
17

18 Pursuant to 28 U.S.C. § 636 the Court has reviewed Petitioner's

19 motion to extend time to appeal, all of the records herein, and the

20 Report and Recommendation of United States Magistrate Judge to

21 which no objections were filed. The Court accepts the findings and

22 conclusions of the Magistrate Judge in the Report and

23 Recommendation.

24 IT IS ORDERED that Petitioner's motion to extend time to

25 appeal pursuant to Rule 4(a)(5) of the Federal Rules of Appellate

26 Procedure (ECF 36) is GRANTED and his notice of appeal now is due no

27
28

1  later than 14 days from the date of this order.[1]  Fed. R. App. P.
2  4(a)(5)(C) (an extension of time to appeal pursuant to Rule 4(a)(5) may
3  not "exceed 30 days after the prescribed time or 14 days after the date
4  when the order granting the motion is entered, whichever is later").

6  DATED: 05/22/2025

*[signature: Gary Klausner]*

HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to the order of the Ninth Circuit in this matter, Petitioner need not file a new notice of appeal. (ECF 38 at 2.)

2